UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br>     v.<br>BRADY NEAL WILLIS,<br><br>                          Defendant. | Case No. 2:15-cr-00004-RFB-GWF<br><br>ORDER<br><br>(Unopp Mot Mod Cond Rel – Dkt. #61) |

Before the court is the Unopposed Motion to Modify Defendant Brady Neal Willis' Condition of Release (Dkt. #61) which requests a modification to allow Defendant Wills to travel to the Central District of California for the purposes of meeting with his lawyer. The motion asks that all remaining conditions remain the same.

On May 5, 2015, the undersigned entered an Order (Dkt. #60) approving modifications of the conditions of release as requested by Pretrial Services which allowed Willis to travel to the Central District as well as other conditions. As such, this motion will be denied. Accordingly,

**IT IS ORDERED** that the Unopposed Motion to Modify Defendant Brady Neal Wills' Condition of Release (Dkt. #61) is **DENIED to the extent inconsistent with the Order modifying conditions (Dkt #60)**.

DATED this 7th day of May, 2015.

                                                                       PEGGY A. LEEN<br>
                                                                       UNITED STATES MAGISTRATE JUDGE